IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                                )
LISA SURBEY,                    )
                                )
            Plaintiff,          )
                                )
v.                              )    Civil Action No. 05-228
                                )
STRYKER SALES CORPORATION       )
d/b/a STRYKER ENDOSCOPY,        )
                                )
            Defendant.          )
_____ )
```

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss. It appearing to the Court that Plaintiff has filed an Amended Complaint in this matter which the Court deems filed, and it appearing to the Court that Plaintiff has stated a claim upon which relief may be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED without any prejudice to raise issues regarding the limitations period at the end of discovery.

```
                                          /s/
                                 _____
                                 CLAUDE M. HILTON
                                 UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
April 22, 2005