**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| LISA SURBEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-0228 |
| STRYKER SALES CORP. d/b/a STRYKER ENDOSCOPY, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter comes before this Court on Plaintiff's Motion to Reverse the Order of the Magistrate Judge dated September 1, 2005, Denying Production of Documents. This Court finds that the Magistrate's Order dated September 1, 2005 is neither clearly erroneous nor contrary to law. Therefore, it is hereby

ORDERED that Plaintiff's Motion to Reverse the Order of the Magistrate Judge dated September 1, 2005, Denying Production of Documents is DENIED.

/S/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 23, 2005