# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| LISA SURBEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0228 |
| STRYKER SALES CORP., | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED. It is further ORDERED that all other pending motions are DENIED as moot.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 28, 2005